IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:26-mj-00321 |
| Plaintiff, | ) | |
| v. | ) | **REQUEST FOR LEAVE TO WITHDRAW** |
| JOSE GERARDO RUIZ ALONSO, | ) | |
| Defendant. | ) | |

Cheryl M. Kessell, Assistant Federal Defender, asks the court to allow her to withdraw her appearance as counsel in this case.

1. The defendant is represented currently by retained counsel, Stu Dornan.
2. Counsel further requests that she be removed from receiving any further CM/ECF notifications for the above-captioned matter.

WHEREFORE, AFPD Cheryl M. Kessell requests an order allowing her to withdraw as counsel of record for the defendant and removing her from future CM/ECF filings.

DATED this 22nd day of July, 2026.

**By: s/ Cheryl M. Kessell**
**CHERYL M. KESSELL**
**Assistant Federal Public Defender**
District of Nebraska
1620 Dodge St. Suite 600
Omaha, Nebraska 68102
Telephone No.: (402) 221-7896