IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOSE GERARDO RUIZ ALONSO,

Defendant.

**EXHIBIT LIST**

Case No. 8:26MJ321
Deputy: Sara Pankoke
Reporter: Digital Recorder
Date: July 31, 2026

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | | Criminal Complaint with supporting Affidavit | X | | X | | 7/31/2026 |
| | | | | | | | | |
| | | | | | | | | |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**